**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVELIO HUMBERTO MARTINEZ-ESCALANTE,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 11-73664<br><br>Agency No. A070-779-782<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012[**]

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

Evelio Humberto Martinez-Escalante, a native and citizen of Guatemala,

petitions pro se for review of a Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying his

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

application for asylum.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, *Halim v. Holder*, 590 F.3d 971, 975 (9th Cir. 2009), and we deny the petition for review.

Martinez-Escalante fears being targeted in Guatemala by unidentified individuals who shot his brother, a former police officer.  Substantial evidence supports the BIA's decision that, even if credible, Matinez-Escalante failed to establish a well-founded fear of persecution.  *See id.* at 977 (petitioner "failed to make a compelling showing of the requisite objective argument of a well-founded fear").  Consequently, his asylum claim fails.

**PETITION FOR REVIEW DENIED.**